Michele R. Stafford, Esq. (SBN 172509)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GUSTAVE ENTERPRISE INCORPORATED, a California Corporation, dba CREATIVE FLOOR COVERINGS SALES AND SUPPLIES aka CREATIVE FLOOR COVERING <br><br> Defendant. | Case No. 4:18-cv-04629-HSG <br><br> **PLAINTIFFS' SEPARATE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** <br> **[PROPOSED] ORDER THEREON** <br><br> Date: January 22, 2019 <br> Time: 2:00 p.m. <br> Location: 1301 Clay Street, Oakland, CA <br> Courtroom: 2, 4th Floor <br> Judge: Haywood S. Gilliam, Jr. |

Plaintiffs hereby submit their separate request to continue the Case Management Conference currently scheduled for January 22, 2019. Plaintiffs submit this separate request due to Plaintiffs' Counsel's inability to contact Defendant's Counsel to obtain his consent to this request prior to the deadline for filing.

Plaintiffs request that the Case Management Conference, currently set for January 22, 2019, be continued for approximately 60 days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on August 1, 2018.

2. Defendant filed an Answer to the Complaint on January 2, 2019.

1
**PLAINTIFFS' SEPARATE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No. 4:18-cv-04629-HSG**

P:\CLIENTS\FLRCL\Creative Floor Covering 2\Pleadings\Request to Continue CMC 011419.docx

3. Defendant recently complied with the audit requested by Plaintiffs and has provided the documents requested by Plaintiffs' Auditor to date. Plaintiffs' Auditor is in the process of preparing its audit report.

4. In light of Defendant's compliance with the requested audit, Plaintiffs respectfully request that the Case Management Conference, currently set for January 22, 2019, be continued for approximately sixty (60) days to allow sufficient time for Plaintiffs' Auditor to complete the audit report, to allow time for Defendant to review the audit report, and for the Parties to work resolve this matter informally, without the necessity for further litigation.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the Parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: January 14, 2019

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____/S/_____
Luz E. Mendoza
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing and good cause appearing, the Case Management Conference is continued to _____ at _____, and all deadlines are extended accordingly.

DATED: January 15, 2019

**DENIED**
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

_____
UNITED STATES DISTRICT JUDGE

2
**PLAINTIFFS' SEPARATE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
**Case No. 4:18-cv-04629-HSG**

P:\CLIENTS\FLRCL\Creative Floor Covering 2\Pleadings\Request to Continue CMC 011419.docx