Michele R. Stafford, Esq. (SBN 172509)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California  94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

Edward Lai, Esq. (SBN 147830)
Law Office of Edward M. Lai
8055 Collins Drive, Suite 203
Oakland, California 94621
Email: elai@edwardlailaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUSTAVE ENTERPRISE INCORPORATED, a California Corporation, dba CREATIVE FLOOR COVERINGS SALES AND SUPPLIES aka CREATIVE FLOOR COVERING<br><br>Defendant. | Case No. 4:18-cv-04629-HSG<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:      January 22, 2019<br>Time:      2:00 p.m.<br>Location:  1301 Clay Street, Oakland, CA<br>Courtroom: 2, 4th Floor<br>Judge:     Haywood S. Gilliam, Jr. |

The Parties to the above-entitled action jointly request that the Case Management Conference, currently set for January 22, 2019, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on August 1, 2018.

2. Defendant filed an Answer to the Complaint on January 2, 2019.

3. Defendant concurs with the Request previously filed by Plaintiffs to continue the Case

1 Management Conference currently scheduled for January 22, 2019 at 2:00 p.m.

2 4. Defendant recently complied with the audit requested by Plaintiffs and has provided the documents requested by Plaintiffs' Auditor to date. Plaintiffs' Auditor is in the process of preparing its audit report. Once the audit is complete, the Parties will work together to resolve any dispute that may be uncovered by the audit.

5. On January 9, 2019, Defendant received from Plaintiffs a proposed Stipulation for ADR. Defendant's Counsel signed that Stipulation and forwarded it to Plaintiffs' Counsel via first class mail. The signed Stipulation did not timely reach Plaintiffs' Counsel in time to meet the Court's deadline for filing. Defendant apologizes to the Court for any inconvenience that may have caused. However, the said fully executed Stipulation will be filed concurrently with this Statement.

6. In addition, Defendant Counsel's 91-year old mother recently suffered a stroke. She is currently a patient in room 2507 at the Neurology Intensive Care Unit wing of John Muir Hospital in Walnut Creek. Defendant's Counsel has been working to resolve long term care and potential end of life issues.

7. Based on the foregoing, the Parties respectfully request that the Case Management Conference, currently set for January 22, 2019, be continued for approximately sixty (60) days to allow sufficient time for Plaintiffs' Auditor to complete the audit report, to allow time for Defendant to review the audit report, and for the Parties to work resolve this matter informally, without the necessity for further litigation.

//
//
//
//
//
//
//
//

8. There are no issues that need to be addressed by the Parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the Parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: January 16, 2019

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Luz E. Mendoza
Attorneys for Plaintiffs

Dated: January 16, 2019

**LAW OFFICE OF EDWARD M. LAI**

By: /S/
Edward M. Lai, Esq.
Attorneys for Defendant

IT IS SO ORDERED.

Based on the foregoing and good cause appearing, the Case Management Conference is continued to 3/26/2019 at 2:00 pm, and all related dates are continued accordingly.

DATED: 1/17/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE