Michele R. Stafford, Esq. (SBN 172509)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

Edward Lai, Esq. (SBN 147830)
Law Office of Edward M. Lai
8055 Collins Drive, Suite 203
Oakland, California 94621
Telephone: (510) 397-8287
Email: elai@edwardlailaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GUSTAVE ENTERPRISE INCORPORATED, a California Corporation, dba CREATIVE FLOOR COVERINGS SALES AND SUPPLIES aka CREATIVE FLOOR COVERING<br><br>Defendant. | Case No. 4:18-cv-04629-HSG<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: March 26, 2019<br>Time: 2:00 p.m.<br>Location: 1301 Clay Street, Oakland, CA<br>Courtroom: 2, 4th Floor<br>Judge: Haywood S. Gilliam, Jr. |

  Plaintiffs and Defendant, through their respective Counsel of record, hereby jointly request that the Case Management Conference, currently set for March 26, 2019, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

  1. As the Court's records will reflect, this action was filed on August 1, 2018 [Dkt. #1] to compel an audit of Defendant's records.

---

1

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 4:18-cv-04629-HSG**

| | |
|---|---|
| 1 | 2. Defendant executed and Plaintiffs filed a Waiver of the Service of Summonts [Dkt. #14] |
| 2 | on November 5, 2018. Defendant filed an Answer to the Complaint on January 2, 2019 [Dkt. #17]. |
| 3 | 3. Defendant provided Plaintiffs' Auditors with the requested documents to complete the |
| 4 | Audit. Once the audit is complete, the Parties will attempt to informally resolve any dispute that may |
| 5 | exist relative to the audit findings. |
| 6 | 4. Should the Parties be unable to resolve this matter informally, mediation is scheduled for |
| 7 | April 12, 2019 in compliance with the Court's January 17, 2019 Order [Dkt. #25]. |
| 8 | 5. Based on the foregoing, the Parties respectfully request that the Case Management |
| 9 | Conference, currently set for March 26, 2019, be continued for approximately sixty (60) days to allow |
| 10 | sufficient time for Plaintiffs' Auditors to complete the audit report, for the Parties to work to resolve this |
| 11 | matter informally, without the necessity for further litigation, and/or for the Parties to resolve this matter |
| 12 | by participating in the April 12, 2019 mediation. |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | |

6. As there are no issues that need to be addressed by the Court at the currently scheduled Case Management Conference and in the interest of conserving costs as well as the Court's time and resources, the Parties respectfully jointly request that the Court continue the currently scheduled Case Management Conference.

Dated: March 19, 2019

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Luz E. Mendoza
Attorneys for Plaintiffs

Dated: March 19, 2019

**LAW OFFICE OF EDWARD M. LAI**

By: /S/
Edward M. Lai, Esq.
Attorneys for Defendant

IT IS SO ORDERED.

Based on the foregoing and good cause appearing, the Case Management Conference is continued to May 28, 2019 at 2:00 p.m., and all related dates are continued accordingly.

DATED: March 20, 2019

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

3
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 4:18-cv-04629-HSG**
C:\Users\rileyn\AppData\Local\Temp\notes06E812\Joint Request to Continue CMC 031919.docx